**Order entered July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01511-CR

**ANTHONY SHANE KILLEBREW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81884-2012**

## ORDER

The Court **DENIES** appellant's July 23, 2014 motion for extension of time to file appellant's brief as moot. The appellant brief filed pursuant to the Court's July 9, 2014 order is deemed timely filed.

/s/      DAVID EVANS
JUSTICE